# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 16, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160291-2(71)


VERNON BOWMAN, Individually and as
Personal Representative of the ESTATE OF
KELLY M. BOWMAN,
        Plaintiff-Appellant,

v

ST. JOHN HOSPITAL AND MEDICAL
CENTER, and ASCENSION MEDICAL GROUP
MICHIGAN, doing business as ROMEO PLAN
DIAGNOSTIC CENTER, and TUSHAR S.
PARIKH, M.D.,
        Defendants-Appellees.
_____/

SC: 160291, 160292
COA: 341640, 341663
Macomb CC: 2017-002159-NH

On order of the Chief Justice, the motion to file a brief amicus curiae on behalf of Medmarc Casualty Insurance Company's LawyerCare Professional Liability Program is GRANTED. The amicus brief submitted on September 24, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    October 16, 2020               

                                              Clerk